# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Ruben Aldo Barbieri,<br><br>    Plaintiff<br><br>v.<br><br>Timeshare Liquidators, LLC; Stan Mullis,<br><br>    Defendant | Case No.: 2:18-cv-00355-JAD-EJY<br><br>**Order Granting Motions to Strike Unauthorized Amended Complaints**<br><br>[ECF Nos. 47, 49] |

Nearly a month after defendants filed a motion to dismiss,[1] pro se plaintiff Anthony Ruben Aldo Barbieri filed first and second amended complaints without leave of court.[2] Defendants move to strike those amended complaints as fugitive documents.[3] Good cause appearing, and because those amended complaints were filed more than 21 days after service of defendants' motion to dismiss and without first obtaining the court's permission,[4] IT IS HEREBY ORDERED that the motions to strike the amended complaints **[ECF No. 47, 49] are GRANTED.** Plaintiff's First and Second Amended Complaints **[ECF Nos. 46, 48] are HEREBY STRUCK.** If plaintiff desires to amend his complaint, he must file a proper motion to amend with points and authorities, attaching a copy of the proposed amended complaint.

Dated: May 27, 2020

                                                                                                                                   _____
                                                                                                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 36.

[2] ECF Nos. 46, 48.

[3] ECF Nos. 47, 49.

[4] *See* Fed. R. Civ. P. 15 (a)(1)(B) (setting 21-day deadline to amend without court permission after motion to dismiss is filed).